# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOOKER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE SOFIA HOTEL, SOFIA HOTEL MANAGEMENT, INC., and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Civil Action No.: 3:11-cv-2417-JM (CAB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

Now before this court is the parties' Joint Motion for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a). The motion is hereby GRANTED, and Plaintiffs' claims are dismissed with prejudice. All parties are to bear their own costs and attorneys' fees. The Clerk of Court is instructed to close this matter.

**IT IS SO ORDERED.**

DATED: October 31, 2012

_____
Jeffrey T. Miller
United States District Judge